UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ISMAIL ALKAN DUZYURT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRICK TRIPP,<br><br>　　　　　Defendant. | **JUDGMENT IN A<br>CIVIL CASE**<br>**CASE NO. 5:19-HC-2123-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action without prejudice for Duzyurt's failure to advise the court of his new address and for failure to prosecute.

**This Judgment Filed and Entered on October 4, 2019, and Copies To:**

Ismail Alkan Duzyurt　　　　　　　　　　(Sent to Rivers Correctional Institution via US Mail)

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

October 4, 2019　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　Deputy Clerk